UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6344**

8 U.S.C. § 1324(a)(1)(A)(i)
8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(A)(v)(II)
8 U.S.C. § 1324(a)(2)(B)(ii)

**CR-DIMITROULEAS**

*MAGISTRATE JUDGE SNOW*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| SAINVILUS EMMANUEL, a/k/a "Mano," a/k/a "Emmanuel," a/k/a "Joseph Paul," | ) ) ) ) ) |
| Defendant. | ) ) |

DEC 7 2000

## INDICTMENT

The Grand Jury charges that:

## COUNT I

From at least as early as on or about September 20, 2000, through on or about September 22, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**SAINVILUS EMMANUEL,**
**a/k/a "Mano"**
**a/k/a "Emmanuel,"**
**a/k/a "Joseph Paul,"**

did knowingly and willfully and for the purpose of private financial gain, combine, conspire,



confederate, and agree with persons known and unknown to the Grand Jury to encourage and induce aliens to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence is and will be in violation of law, that is, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv); all in violation of Title 8, United States Code Section 1324(a)(1)(A)(v)(I).

## COUNT II

From at least as early as on or about September 20, 2000, through on or about September 22, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**SAINVILUS EMMANUEL,**
**a/k/a "Mano"**
**a/k/a "Emmanuel,"**
**a/k/a "Joseph Paul,"**

did encourage and induce aliens to come to, enter and reside in the United States, for the purpose of private financial gain and knowing and in reckless disregard of the fact that such coming to, entry and residence is and will be in violation of law; all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and 1324(a)(1)(A)(v)(II).

## COUNT III

From on or about September 20, 2000, through on or about September 22, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**SAINVILUS EMMANUEL,**
**a/k/a "Mano"**
**a/k/a "Emmanuel,"**
**a/k/a "Joseph Paul,"**

2

knowingly and in reckless disregard of the fact that an alien had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring to the United States by vessel and for the purpose of private financial gain, such alien, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

A TRUE BILL:

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

3

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| SAINVILUS EMMANUEL | **Superseding Case Information**: |

**Court Division:** (Select One)

New Defendant(s)   Yes ____  No ____
Number of New Defendants ____
Total number of counts ____

____ Miami   ____ Key West
_X_ FTL   ____ WPB ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) __YES__
   List language and/or dialect   __CREOLE__

4. This case will take __4-5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)         (Check only one)

   I     0 to 5 days      _X_        Petty      ____
   II    6 to 10 days     ____       Minor      ____
   III   11 to 20 days    ____       Misdem.    ____
   IV    21 to 60 days    ____       Felony     _X_
   V     61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765

*Penalty Sheet(s) attached                                                REV.6/27/00

**PENALTY SHEET**

**Defendant's Name** SAINVILUS EMMANUEL          **Case No.** _____

================================    ==========================================

Count #: 1

CONSPIRACY TO COMMIT ALIEN SMUGGLING

8 U.S.C. § 1324(a)(1)(A)(v)(I)

**Max. Penalty:**   10 YEARS' IMPRISONMENT; $250,000 FINE
===========================================================================
Count #: 2

ALIEN SMUGGLING

8 U.S.C. § 1324(a)(1)(A)(iv) and 1324(a)(1)(A)(v)(II)

**Max. Penalty:**   10 YEARS' IMPRISONMENT; $250,000 FINE
===========================================================================
Count #: 3

ALIEN SMUGGLING

8 U.S.C. § 1324(a)(2)(B)(ii)

**Max. Penalty:**   3 YEARS' MANDATORY MINIMUM TO 10 YEARS' IMPRISONMENT; $250,000 FINE
===========================================================================
Count #:

_____

_____

**Max. Penalty:**
===========================================================================
Count #.

_____

_____

**Max. Penalty:**
===========================================================================
Count #:

_____

_____

**Max. Penalty:**
===========================================================================

===========================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.