AO 442 (Rev. 12/85) Warrant for Arrest    AUSA RICE/SPECIAL AGENT EASTWOOD (FBI)

0-cr-06344-WPD   Document 2   Entered on FLSD Docket 12/07/2000   P

# *United States District Court*

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

SAINVILUS EMMANUEL

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER:
**00-6344**

CR-DIMITROULEAS

YOU ARE HEREBY COMMANDED to arrest __SAINVILUS EMMANUEL__

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment   | | Information   | | Complaint   | | Order of court   | | Violation Notice   | | Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO COMMIT ALIEN SMUGGLING AND ALIEN SMUGGLING

MAGISTRATE JUDGE
SNOW

in violation of Title _8_ United States Code, Section(s) 1324(a)(1)(A)(iv), (v)(I) and (v)(II) and 1324(a)(2)(B)(ii)

**Clarence Maddox**
Name of Issuing Officer

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

_____
Issuing Officer

12/7/00 at Fort Lauderdale, Florida
Date and Location

LURANA S. SNOW

Bail fixed at _PRETRIAL DETENTION_   by _MAGISTRATE JUDGE_
        Requested                                Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

