FILED by MAG. SEC. D.C.
DEC 12 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. of FLA. MIAMI

UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ] Plaintiff ] | CASE NUMBER: CR 00-6344-WPD |
| -vs- ] ] | REPORT COMMENCING CRIMINAL ACTION |
| Spinvilus EMMANUEL ] Defendant | 62017-004 USMS Number |

*******************************************************************
TO: CLERK'S OFFICE  (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
    U.S. DISTRICT COURT         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.
*******************************************************************
COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 12/11/00      AM 9:00 ~~PM~~

(2) LANGUAGE SPOKEN: Creole/English

(3) OFFENSE(S) CHARGED: Alien Smuggling

(4) UNITED STATES CITIZEN:  ( ) YES  (✓) NO  ( ) UNKNOWN

(5) DATE OF BIRTH: 2/2/58  (54)

(6) TYPE OF CHARGING DOCUMENT: (check one)
    [✓] INDICTMENT    [ ] COMPLAINT TO BE FILED/ALREADY FILED
    CASE # _____
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: Southern District of Florida
    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [✓] NO

AMOUNT OF BOND: $_____ WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: 11/11/00    ARRESTING OFFICER: V.A. Eastwood

(10) AGENCY: U.S. Border Patrol    (11) PHONE: (954) 963-9807

(12) COMMENTS: _____