·koia. '

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 00-6344-CR-DIMITROULEAS

UNITED STATES OF AMERICA

Plaintiff,

v.

SAINVILUS EMMANUEL
　　　Defendant.
_____/

**ORDER ON INITIAL APPEARANCE**
Language _English_
Tape No. 00G - _95-2849_
AUSA _Joe Capon_
Agent _____

FILED by MAG. SEC. D.C.
DEC 1 2000
CLARENCE MADDOX
CLERK U.S. DIST.
S.D. of FLA. MIAMI

DOB: 2-2-58
Reg # 62017-004

The above-named defendant having been arrested on __12-11-00__ having appeared before the court for initial appearance on __12-11-00__ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
　　**ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
　　Address:_____
　　Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
　　Address: _____
　　Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on __Dec. 15__, 2000.
4. Arraignment/Preliminary/Removal/Identity hearing is set for _10am Dec. 15_, 2000.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
　　A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _10am Dec. 14_, 2000.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:

_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person;
　　other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___d. Maintain or actively seek full time gainful employment.

Page 1 of 2



SAINVILUS EMMANUEL

__e. Maintain or begin an educational program.
__f. Avoid all contact with victims of or witnesses to the crimes charged.
__g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
__h. Comply with the following curfew: _____
__i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
__j. Comply with the following additional special conditions of this bond:

This bond was set: At Arrest _____
              On Warrant _____
              After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is __

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and   revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond   itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida, this ~~11th~~ day of DECEMBER 2000.

**UNITED STATES MAGISTRATE JUDGE
WILLIAM C. TURNOFF**

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation