# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: SAINVILUS EMMANUEL (J) # 62017-004   CASE NO: 00-6344-CR-DIMITROULEAS

AUSA: KATHLEEN RICE /Nicholson   ATTY: Bot Hunt

AGENT:   VIOL:

PROCEEDING: INQ RE CNSL/POSSIBLE PTD/ARRAIGNMENT   RECOMMENDED BOND: PTD

BOND HEARING HELD - yes / no   COUNSEL APPOINTED: FPD

BOND SET @:   To be cosigned by:

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Deft sworn for appointment of Counsel - FPD apptd

set for PTD hrg & arr on 12/20

**NEXT COURT APPEARANCE:** DATE: TIME: JUDGE: PLACE:

INQUIRY RE COUNSEL:

(PTD) BOND HEARING: 12-20   10   Seltzer

PRELIM/ARRAIGN, OR REMOVAL: 12-20   10   Seltzer

STATUS CONFERENCE:

DATE: 12/14/00   TIME: 11:00   FTL/LSS TAPE # 00 - 066   Begin: 1999   End: 2267