# *United States District Court*

SOUTHERN   DISTRICT OF   FLORIDA   527543

UNITED STATES OF AMERICA

V.

SAINVILUS EMMANUEL

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER:
## 00-6344

YOU ARE HEREBY COMMANDED to arrest __SAINVILUS EMMANUEL__

CR-DIMITROULEAS

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment   | | Information   | | Complaint   | | Order of court   | | Violation Notice   | | Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO COMMIT ALIEN SMUGGLING AND ALIEN SMUGGLING

MAGISTRATE JUDGE
SNOW

in violation of Title _8_ United States Code, Section(s) 1324(a)(1)(A)(iv), (v)(I) and (v)(II) and 1324(a)(2)(B)(ii)

**Clarence Maddox**
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

_____
Issuing Officer

12/7/00 at Fort Lauderdale, Florida
Date and Location

LURANA S. SNOW

Bail fixed at __PRETRIAL DETENTION__   by __MAGISTRATE JUDGE__
Requested
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ Miami, FL |

| DATE RECEIVED 12/7/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12/11/00 | | Edward Purchase, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

