| | | | |
|---|---|---|---|
| DEFT: | Sainvilus Emmanuel (J)# | CASE NO: | 00-6344-CR-Dimitrouleas |
| AUSA: | Kathleen Rice by Roger Stefan | ATTNY: | FPD - Robert Berube |
| AGENT: | | VIOL: | |
| PROCEEDING: | PTD Hearing/Arraignment | BOND REC: | $100,000.00 Corporate Surety |

BOND HEARING HELD - yes (no)     COUNSEL APPOINTED: _____

✓ BOND SET @ $100,000.00 - Corporate Surety w/ Nebbia Requirement

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

FILED by ___ D.C.
DEC 2 0 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:     DATE:     TIME:     JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: 1/4/01   11:00   Snow
DATE: 12-20-00   TIME: 11:00am   TAPE # 00-099   PG # 216