HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __SAINVILUS EMMANUEL__ CASE NO: __00-6344-CR-DIMITROULEAS__
AUSA __KATHLEEN RICE__ /Washington ATTY __FPD__ - Berube
Disc out - no pending motions          01-001
                                        @ 2111

DEFT __MOSI GRANT__ CASE NO: __00-6343-CR-BLOCH__
AUSA __TERRY THOMPSON__ /Washington ATTY __FPD__ - Berube
Disc out today - No pending motions
2 Tapes - gov't ready                   @ 2169

DEFT __Motions due for 25__ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DATE __1/4/01__ TIME __11:00__

