UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6344-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,          :

       Plaintiff,              :

v.                                 :

SAINVILUS EMMANUEL,                :

       Defendant.              :

**STATUS REPORT**

A status conference was held in this cause on January 4, 2001. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. No extension of time for motions is required.

DATED at Fort Lauderdale, Florida, this 5th day of January, 2001.

                                                      LURANA S. SNOW
                                                      UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Kathleen Rice (FTL)
AFPD Robert Norman Berube (FTL)

