**CRIMINAL MINUTES**



FILED by _____ D.C.
JAN 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6344 CR-WPD    DATE: January 19, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: Creole

UNITED STATES OF AMERICA    VS. Danvilus Emmanuel

U.S. ATTORNEY: Patricia Rice    DEFT. COUNSEL: Robert Berube

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the court. Deft to plead guilty to Count 1. Gvt agrees to dismiss Counts 2 & 3 @ time of sentencing. Court accepts guilty plea.

CASE CONTINUED TO: 3/30/01    TIME: 11:00    FOR: Sentencing

MISC: Written plea agreement filed.