## CRIMINAL MINUTES


FILED \_\_\_\_ D.C.
MAR 3 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6344-CR-WPD     DATE: March 30, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: Tracy Webb     INTERPRETER: Creole

UNITED STATES OF AMERICA   VS.   Doinvilus Emmanuel

U.S. ATTORNEY: Kathleen Rice     DEFT. COUNSEL: Bob Berube

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
18 months BOP, 5 years supervised Release
No Fine, $100.00 Assessment

CASE CONTINUED TO: \_\_\_\_\_  TIME: \_\_\_\_\_  FOR: \_\_\_\_\_

MISC: Deft informed of Right to Appeal

