USDC FLSD 245B (Rev 9/00) Sheet1 - Judgment in a Criminal Case

# RECEIVED United States District Court

## Southern District of Florida

2001 APR -3 AM 9: 3  FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA
V.

SAINVILUS EMMANUEL

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

**Case Number:  00-6344-CR-WPD**

Counsel For Defendant: **Robert Berube, SAFPD**
Counsel For The United States: **Kathleen Rice, AUSA**
Court Reporter: **Robert Ryckoff**

## THE DEFENDANT:

[X]  pleaded guilty to count(s)  ONE

[ ]  pleaded nolo contendere to count(s)
which was accepted by the court.

[ ]  Was found guilty on count(s)
after a plea of not guilty

FILED by _____ D.C.

MAR 3 0 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 8 USC § 1324(a)(1)(A)(iv), (V)(I) | Conspiracy to Commit Alien Smuggling | 9/22/2000 | ONE |

The defendant is sentenced as provided in pages 2 through __8__ Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on count(s)

[X]  **Count(s) Two and Three (are) dismissed on the motion of the United States.**

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **2/2/1954**
Defendant's USM Number: **62017-004**

Defendant's Residence Address:
Federal Detention Center
33 NE 4th Street
Miami, FL 33132

Defendant's Mailing Address:
Federal Detention Center
33 NE 4th Street
Miami, FL 33132

**March 30, 2001**
Date of Imposition of Judgment

Signature of Judicial Officer

**William P. Dimitrouleas**
United States District Judge

March 30, 2001

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By
Deputy Clerk
Date 3/30/01

USDC FLSD 245B (Rev. 9/00) Sheet 2 - Imprisonment

DEFENDANT: **EMMANUEL, SAINVILUS**
CASE NUMBER: **00-6344-CR-WPD**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  18 Months.

☐    The Court makes the following recommendations to the Bureau of Prisons:

☒    **The defendant is remanded to the custody of the United States Marshal.**

☐    The defendant shall surrender to the United States Marshal for this district.

    ☐    At            A.m. / p.m. on

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

    ☐    Before 2:00 p.m. on

    ☐    as notified by the United States Marshal.

    ☐    As notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _4/05/01_ To _ALF_

at _OA_ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____

Deputy U.S. Marshal